IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| ROBERT E. JONES, | |
|---|---|
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | Case No. 2:16-cv-261 |
| | Judge Clark Waddoups |
| Defendant. | Magistrate Judge Paul Warner |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Judge Paul Warner pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 14.) On July 13, 2018, Magistrate Judge Warner issued a Report and Recommendation, recommending that the court affirm the Commissioner's decision in this case. (ECF No. 22.) Plaintiff did not file an objection.

The court has reviewed the Report and Recommendation de novo and APPROVES AND ADOPTS it in its entirety. The case is closed.

SO ORDERED this 3rd day of October, 2018.

BY THE COURT:

_____
Clark Waddoups
United States District Judge